# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
# REPORT OF ACTION TAKEN
# MEETING OF CREDITORS

In re:

**JANETTE DOMENA DOMENA MORALES**  Case No.  **13-02679-MCF**

Chapter 13  Attorney Name:  **JUAN O CALDERON LITHGOW***

### I. Appearances

| | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Substitute | | | |

Date & Time:  5/10/2013 11:15:00AM

[X] R     [ ] NR     LV:  0

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

### II. Oath Administered

[X] Yes     [ ] No

### III. Plan

Date:  04/08/2013     Base:  $12,000.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:  5/31/2013  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $100.00  =  $2,900.00

### IV. Status of Meeting

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JANETTE DOMENA DOMENA MORALES         Case No. 13-02679-MCF

                              Chapter 13    Attorney Name:   JUAN O CALDERON LITHGOW*

(Cont.)

Trustee's Report on Confirmation

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State  - years |
| [ ] Insuerance quote | [ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Child support income not listed at SOFA #2.

2. Need evidence of income ( social security & child support).

3. Budget is tight. No school expenses listed for 8 & 11 yrs. old children.

s/Osmarie Navarro                                          Date:    05/10/2013

Trustee/Presiding Officer                                                  (Rev. 02/11)