# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF HEARING

*Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | JANETTE DOMENA MORALES | **Case Number:** | 13-02679-MCF |
| **Joint Debtor:** | | **Chapter:** | 13 |
| **Date / Time:** | 5-31-2013 | **Courtroom #** | COURTROOM 3 |
| **Bankruptcy Judge:** | Hon. MILDRED CABAN FLORES | | |
| **Courtroom Deputy:** | LORI ANNIE RODRIGUEZ | | |

*Matter:*

**Confirmation Hearing - Plan dated** 04/08/2013 (dkt # 2)

*Appearances:* ☐ Debtor   ☐ Creditors/Others:
☐ Debtor's Attorney
☐ Trustee

*Notes and Remarks:*

☑ **Plan Dated**: 04/08/2013   ☐ Confirmed.*   ☑ Not Confirmed.

☐ Objection(s) filed by _____ was/were withdrawn.

☐ 341 Meeting was rescheduled for: _____.

☑ Confirmation Hearing (contested confirmation hearing) rescheduled for: 08/15/2013 at 1:30 pm.

If the chapter 13 plan was filed within fourteen (14) days prior to the fast-track confirmation hearing and is favorably recommended by the chapter 13 trustee, it may be confirmed prior to the contested confirmation hearing if no objection is filed within fourteen (14) days from the date that the chapter 13 plan was filed.

If the chapter 13 plan is not confirmed as set forth above, then objections to confirmation must be filed no later than fourteen (14) days prior to the contested confirmation hearing as per LBR 3015-2 (h).

If the court denies confirmation at the contested confirmation hearing, an order dismissing or converting the case to chapter 7 may be issued without further notice or hearing in accordance with LBR 3015-2 (i).

☐ Additional Comments:

**∗ A separate order will be entered.**