IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JANETTE DOMENA MORALES

Debtor(s)

Case No. 13-02679 MCF

Chapter 13

OPPOSITION TO DISMISSAL
AND MOTION TO INFORM AMENDMENT
OF SCHEDULES I, J & SOFA

TO THE HONORABLE COURT:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. Debtor has amended Schedules I to inform that she is not receiving the child support even though she has made some efforts to collect and still continues. The father of the minor is paying school expenses as instructed by the court in the amount of $100.00 in summer and $100.00 in December, which was prorated as $16.00 per month. The parent is not paying that amount directly, but he personally go shopping with the minor to buy the clothes or materials needed usually in the amount ordered by the court. We did not include originally that income or expense in Schedules because this particular scenario makes it somewhat insignificant to the estate and debtor does not have control of it. Copy of the divorce sentence with child support order was uploaded to trustee's site on 5/10/2013.

2. Schedule J was amended to inform that the money accounted for as school expenses income is used entirely for that very purpose. The money actually never comes in nor goes out of debtor's budget.

3. Statement of Financial Affairs was amended to clarify that debtor should have received as child support, but never did and very unlikely she will.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the amendments made and deny motion to dismiss.

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee Alejandro Oliveras Rivera and all parties subscribed to

the CM/ECF system.

In Vega Baja, Puerto Rico, this day August 6, 2013

                                                                                                      s/ Juan O. Calderon Lithgow
                                                                                                       JUAN O. CALDERON LITHGOW
                                                                                                        ATTORNEY FOR DEBTOR, 205607
                                                                                                        PO BOX 1710
                                                                                                        VEGA BAJA, PR 00694-1710
                                                                                                        TEL.: 787-858-5476
                                                                                  Email: caldlithlaw@gmail.com

**Alejandro Oliveras Rivera**
Chapter 13 Trustee Office

HOME   MAIN WEBSITE   CONTACTS

*Welcome to UDP (Upload Document Program) the easy way to send documents to the Trustee Office*

Images Uploaded by: junorw
Enter Case Number:
1302679        Search

| Document ID | Case number | Date and Time | File Name | Form type Used |
|---|---|---|---|---|
| 76218 | 1302679 | 5/10/2013 9:48:46 AM | Document (1).pdf | ASUME Certifications/DSO Information/Payments-UDP |
| 76219 | 1302679 | 5/10/2013 9:49:14 AM | Document (2).pdf | ASUME Certifications/DSO Information/Payments-UDP |
| 76220 | 1302679 | 5/10/2013 9:50:11 AM | Document (2).pdf | Payment Stubs-UDP |
| 76222 | 1302679 | 5/10/2013 9:51:23 AM | Document (4).pdf | Divorce documents-UDP |
| 76226 | 1302679 | 5/10/2013 9:59:20 AM | ASUME.pdf | ASUME Certifications/DSO Information/Payments-UDP |
| 76227 | 1302679 | 5/10/2013 10:00:06 AM | INGRESOS.pdf | Income evidence (other than paystubs)-UDP |
| 76229 | 1302679 | 5/10/2013 10:04:42 AM | SENTECIA DIVORCIO-DOCUMENTO CORREGIDO.pdf | Divorce documents-UDP |
| 76768 | 1302679 | 5/17/2013 2:43:28 PM | DMJ-SEGURO SOCIAL 2013.pdf | Income evidence (other than paystubs)-UDP |

Copyright © 2011 Property of Alejandro Oliveras-Rivera Chapter 13 Trustee Office. All rights reserved.