IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JANETTE DOMENA MORALES

Debtor(s)

Case No. 13-02679 MCF

Chapter 13

POST CONFIRMATION MODIFICATION OF PLAN
AND AMENDMENT OF SCHEDULE J

TO THE HONORABLE COURT:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. Dated October 1, 2013 the trustee filed a motion requesting the modification of Plan confirmed on August 8, 2013 because the base was insufficient to pay proposed claims after Banco Popular filed his claim for an amount of arrears higher than estimated by debtors.

2. Debtors still want to complete their chapter 13 case although a modification of the plan is indispensable taking into consideration the new circumstances. According to the new proposed plan, payments are as follows
   a. 6 x 200.00 plus 54 x $254.00 for a total base of $14,916.00. Plan period extends for 60 months as the previous one.

3. Expenses in Schedule J have been adjusted to provide for the new payment mainly in gasoline expenses and food.

NOTICE

TAKE NOTICE that within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted or decided without actual hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above, grant our motion to modify confirmed plan with the new one dated November 4, 2013.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee Alejandro Oliveras Rivera and all parties subscribed to the CM/ECF system. All other non participants have been notified on this date with a copy of the motion regular mail using the US Postal Service, as per Master Address List attached.

In Vega Baja, Puerto Rico, this day November 4, 2013

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
**ATTORNEY FOR DEBTOR, 205607**
**PO BOX 1710**
**VEGA BAJA, PR 00694-1710**
**TEL.: 787-858-5476**
Email: caldlithlaw@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **JANETTE DOMENA MORALES**

BK. CASE # **13-02679**  **MCF**

CHAPTER **13**

P178 CALLE 10 URB VILLA EVANGELINA, MANATI PR 00674

DEBTOR(S) SSN: XXX-XX-**4245**   SSN: XXX-XX-

## CHAPTER 13 PAYMENT PLAN
*PCM OF PLAN*

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee: [ ] directly  [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[X] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____  [ ] AMENDED **PLAN** DATED: **11/4/2013**
[X] PRE  [ ] POST-CONFIRMATION    FILED BY [X] DEBTOR  [ ] TRUSTEE  [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | 200.00 | x | 6 | = $ | 1,200.00 |
| $ | 254.00 | x | 54 | = $ | 13,716.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| | TOTAL = | | 60 | $ | 14,916.00 |

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ WITH PROCEEDS TO COME FROM
[ ] Sale of property identified as follows:
_____

[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$_____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE: $ 14,916.00**

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:
a. Rule 2016(b) Statement:          $  3,000.00
b. Fees Paid (Pre-Petition): ($      100.00 )
c. R 2016 Outstanding balance: $    2,900.00
d. Post Petition Additional Fees: $ _____
e. Total Compensation:             $  3,000.00

Signed: /s/ **JANETTE DOMENA MORALES**
         DEBTOR
         /s/
         JOINT DEBTOR
         /s/ *JUAN O. CALDERON LITHGOW*
         BY: ATTORNEY

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

2. [X] Trustee will pay secured **ARREARS:**
   Cr. **BPPR**         Cr. _____         Cr. _____
   Acct. **71010013910925**  Acct. _____   Acct. _____
   $  **10,437.65**     $ _____           $ _____

   Cr. _____          Cr. _____         Cr. _____
   Acct. _____        Acct. _____       Acct. _____
   $ _____            $ _____           $ _____

3. [ ] Trustee will pay **REGULAR MONTHLY PAYMENTS:**
   Cr. _____          Cr. _____         Cr. _____
   Acct. _____        Acct. _____       Acct. _____
   Monthly Pymt.$ ____  Monthly Pymt.$ ____ Monthly Pymt.$ ____

4. [ ] Trustee will pay **IN FULL** Secured Claims:
   Cr. _____          Cr. _____         Cr. _____
   $ _____            $ _____           $ _____

5. [ ] Trustee will pay **VALUE OF COLLATERAL:**
   Cr. _____          Cr. _____         Cr. _____
   $ _____            $ _____           $ _____

6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
   Cr. _____    Ins. Co. _____    Premium: $ _____
   (Please indicate in "Other Provisions" the insurance coverage period)

7. [ ] Debtor SURRENDERS COLLATERAL TO Lien Holder: _____

8. [X] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
   **BPPR**

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[ ]

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [X] Does not Classify Claims.
[ ] Class A-  [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead" _____
[ ] Class B-  [ ] Other Class: _____
Cr. _____          Cr. _____         Cr. _____
$ _____            $ _____           $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus ____ % Legal Interest  [X] Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:

DEBTOR INCOME COMES FROM SOCIAL SECURITY AND TAX LANGUAGE IS NOT APPLICABLE.

ATTORNEY FOR DEBTOR~ **Juan O. Calderon-Lithgow**   P.O. Box 1710, Vega Baja, PR 00694   Phone: **787-858-5476**

| | | |
|---|---|---|
| JANETTE DOMENA MORALES<br>URB VILLA EVANGELINA<br>P178 CALLE 10<br>MANATI, PR 00674 | ICPR<br>PO BOX 49<br>MANATI, PR 00674 | VERIZON WIRELESS<br>ATTN: BANKRUPTCY<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 |
| JUAN O. CALDERON-LITHGOW<br>JUAN O. CALDERON-LITHGOW<br>P.O. BOX 1710<br>VEGA BAJA, P. 00694-1710 | INTEGRITY<br>PO BOX 1898<br>SAINT CHARLES, MO 63302-1898 | |
| ARM<br>PO BOX 129<br>THOROFARE, NJ 08086-0129 | JAVIER O ACOSTA RODRIGUEZ<br>URB MAYAGUEZ TERRACE<br>2083 CALLE 1<br>MAYAGUEZ, PR 00680 | |
| BANCO POPULAR<br>PO BOX 71375<br>SAN JUAN, PR 00936-7077 | JAVIER O. ACOSTA RODRIGUEZ<br>2083 CALLE 1<br>URB MAYAGUEZ TERRACE<br>MAYAGUEZ, PR 00680 | |
| CCB<br>PO BOX 272<br>SPRINGFIELD, IL 62705-0272 | NCO FINANCIAL<br>PO BOX 15630<br>DEPT 19<br>WILMINGTON, DE 19850 | |
| DIRECT TV<br>PO BOX 71556<br>SAN JUAN, PR 00936-8514 | PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936 | |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | TRANSWORLD SYSTEMS<br>670 PONCE DE LEON AVE<br>SUITE 204<br>SAN JUAN, PR 00907 | |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | TRANSWORLD SYSTEMS<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | TRANSWORLD SYSTEMS<br>PO BOX 17221<br>WILMINGTON, DE 19850 | |